GEORGE S. WHEELER, Appellant, *v*. THEODORE F. JACKSON, as Registrar of Arrears, etc.. Respondent.

WILLIAM M. MACFARLAND, Appellant, *v*. THE SAME, Respondent.

(Argued May 3, 1887; decided May 13, 1887 )

*John J. Townsend* for appellant.

*Almet F. Jenks* and *Richard B. Greenwood* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

THE PEOPLE ex rel. JOHN ANDREWS, Respondent, *v*. THEODORE F. JACKSON, as Registrar of Arrears, etc., Appellant.

(Argued May 3, 1887; decided May 13, 1887.)

*Almet F. Jenks* for appellant.

*John Andrews*, relator in person, for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.